DEPARTMENT OF CORRECTIONS — Case: 3:10-cv-00807-wmc   Document #: 1-3   Filed: 12/17/10   Page 1 of 1 — WISCONSIN
Division of Adult Institutions
DOC-3473 (Rev. 6/2008)

# PSYCHOLOGICAL SERVICES CLINICAL CONTACT

**OFFENDER NAME:** MILLER, Jesse

**SOURCES OF INFORMATION:**
- [✓] Clinical Interview
- [ ] Social Services File
- [ ] PSU Record
- [ ] Medical Chart
- [ ] Psychological Testing
- [ ] Other

**DOC NUMBER:** 462433   **FACILITY:** CCI   **DATE:** 6/19/2009

**CURRENT MH CLASS:** [ ] MH-0  [ ] MH-1  [✓] MH-2a  [ ] MH-2b

**CURRENT PSU LEVEL OF SERVICE:** [ ] None  [✓] Low (<6 mo)  [✓] Med (<3 mo)  [✓] High (<2wks)

**CURRENT SPECIAL CLASS:** [ ] DD

**REASON FOR CONTACT:** [ ] Inmate Request  [ ] Staff Request/Referral  [ ] Obs Placement/Review  [ ] Restraint Placement/Rvw  [ ] Therapy  [ ] Evaluation/Testing  [✓] Clinical Monitoring

Mr. Miller arrived from WRC today and was seen to assess his level of adjustment to the institution.

### RELEVANT HISTORY/OFFENDER'S REPORT

Refer to clinical file for relevant history, as Mr. Miller just arrived to CCI this morning from WRC.

Mr. Miller was seen upon his arrival to DS1 and was seen out of cell in the DS1 interview room to determine appropriate segregation placement to determine if he should be housed on DS1 or on HU7. He appeared younger than his chronological age and appeared quite gaunt and thin. Mr. Miller reported that he will return to WRC in several weeks for commitment purposes. When asked what medications he is currently on, Mr. Miller reported he did not know but stated "a lot of them." Mr. Miller was asked about his self-abuse history. He stated that he had a history of cutting. I asked to see his arms, which did have several old scars from cutting on both arms. When asked about his most recent self-abuse, Mr. Miller stated that he had not cut in several months. When asked about current thoughts of self-harm, Mr. Miller stated he has not had thoughts in quite some time and that he did not have any thoughts currently. Mr. Miller was informed that based on his appearance and mental health history he would be placed in segregation status on SMU and he was informed about the structure of the unit. Mr. Miller was informed that he would be placed in one of the SMU segregation treatment groups on the unit that meet on Thursday, which he stated he would like to participate in.

### MENTAL STATUS

Mr. Miller was oriented to person, place, and time. He was alert, maintained eye contact, and was able to engage with the clinician. He appeared younger than his chronological age and appeared quite gaunt and thin. He did appear to be in good spirits. He reported no perceptual disturbances. His thought processes were organized, logical, and goal-directed. He reported no disturbances in attention, concentration, sleep, or appetite. He reported no intentions to harm himself or others and appeared future-oriented.

### DIAGNOSES

Axis I   Specifiers   Diagnosis Date _____
Deferred

Axis II   Diagnosis Date _____
Deferred

Axis III (if relevant)

### TREATMENT PLAN/FOLLOW-UP

Mr. Miller's diagnoses are deferred at this time as a file review had not been completed. Based on his appearance, stature, and self-abuse history, Mr. Miller will be placed on segregation on SMU. Mr. Miller will be placed in one of the SMU segregation treatment groups on the unit, as he stated he would like to receive treatment here before he returns to WRC. Mr. Miller asked about his property and was informed to discuss his concerns with the HU7 property manager, who would be escorting him to HU7. He asked for reading material, which was provided. Mr. Miller will be routinely monitored by psychological services while housed on

**EXHIBIT 2**

**CLASS OR LEVEL OF SERVICE CHANGE:** [ ] Yes  [✓] No

**MH CLASS:** [ ] MH-0  [ ] MH-1  [✓] MH-2a  [ ] MH-2b

**PSU LEVEL OF SERVICE:** [ ] None  [ ] Low (<6mo)  [✓] Med (<3 months)  [ ] High (<2 weeks)

**SPECIAL CLASS:**

**CLINICIAN SIGNATURE:** Ryan Tobiasz, Psy.D.
**TITLE:** Psychological Associate    *(signed) Ryan T. Psy.D*
**DATE SIGNED:** 6/23/2009

**SUPERVISOR'S SIGNATURE (If Needed):**

**DISTRIBUTION:** Original - PSU Record, Referrals/Screening/Contact Section; Copy – Psychological Records (Copies) Envelope (DOC-3370/3370B); Copy - Social Service File - Confidential Section