DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3021 (Rev. 8/2007)

**PROGRESS NOTES**

WISCONSIN

| PATIENT NAME Last | First | DOC NUMBER |
|---|---|---|
| MILLER | JESSE | 462433 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 6/6/08 | | Seen in clinical obs. A&Ox3. States ready to go back to regular unit. [signature] |
| 6/8/08 | | S) Sent in P150 c/o chest pain. Ambulates w/o. Skin w/o P. Hx of panic attacks. Had just taken lorazepam prior to coming to HSU. Hands tremulous. A&Ox3. Speech clear - appropriate eye contact. Used HHN just prior. O) 156/86 – 98⁴ – 94 – 18 – 98%. A/P) Anxiety. Calmed within 10" c CP resolved. Given meals po & encouraged to keep hydrated. To work in relaxation techniques. ——SPK |
| 6/12/08 | | 20 y.o. WM c hx of asthma presently poorly controlled c Albuterol up to 8x/wk and Q-Var. Has been on Advair in past. C/o chest tightness he attributes to Valproic Acid taken for psych reasons. Intake labs available OK. [signature] Cassell |
| 6/15/08 | 1755 | S) Responded to 6-30 pt. c sheet tied tightly around neck. Per CO apparently pt collapsed to floor & lost consciousness. Noted prone lying by door unresponsive. & pupil response initially. Difficult respirations 10-14/min. SPO₂ 98% RA. BP 124/86 P-54. Skin w/o P. Unresponsive x 2 min. Ammonia inhalent used & pt responded c "my neck hurts." Quickly became oriented x 3. (cont) |

EXHIBIT 11

DISTRIBUTION: Original – Medical Chart, Progress Notes Section

| PATIENT NAME Last | First | MI | DOC NUMBER |
|---|---|---|---|
|  |  |  |  |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 6/15/08 | 1755 cont. | S/P) Respirations now reg., 18/min SPO₂ 98%. PERRL. States was attempting to kill self. Able to move fingers & toes bilat. Denies numbness/tingling. Strong PP bilat. Brooks Ambulance arrived @ 1815. C-collar applied & to backboard for transport to cot. Pt remained A&Ox3 throughout. Sent to anwel ED @ 1835. MD on call aware. —SM |
| 6/16/08 | 0900 | Patient seen on U-18. Patient had been scratching (L) arm c̄ fingernails. Multiple small superficial lacerations. Area cleansed, TAO applied. Fingernails trimmed. —JPriester RN |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3001 (Rev. 9/03)

**OFF SITE SERVICE REQUEST AND REPORT**

WISCONSIN

## REQUEST

**PATIENT NAME** Last: Miller  First: Jesse  MI:
**DOC NUMBER:** 462433
**DATE OF BIRTH:** 12/3/87

**REFERRED TO:** WMH ER
**UW MED. RECORD #:**
**CLINIC / FACILITY:**
**TELEMEDICINE:** ☐ Yes ☐ No

**REFERRAL INSTRUCTIONS**
- ☐ Diagnosis Only - DO NOT START TREATMENT
- ☐ Recommended Plan of Care
- ☐ Start Treatment, But Return To HSU MD For Completion
- ☐ Complete The Treatment
- ☐ Returning For Ongoing Care
- ☐ Other

**RELEVANT SYMPTOMS / PROBLEMS / DIAGNOSIS:**
Attempted to harm self - sheet tied tightly around neck. Apparently fell & lost consciousness x 2-3 min. Now A&Ox3

**QUESTIONS / OUTCOMES TO BE ADDRESSED BY THIS EVALUATION:** c/o neck pain.

**ALLERGIES:** Tetracycline, Haldol - NMS

**MEDICATIONS:** ☐ See Attached

**ADDITIONAL DATA ENCLOSED**
- ☐ Progress Note Extracts
- ☐ Laboratory Test Results
- ☐ X-ray Reports, Films
- ☐ Other

**OUTPATIENT CONTACT DATE:** 6 / 15 / 08  **TIME:** 1500 ☐ AM ☑ PM
**OR ADMISSION DATE:**

**REFERRED BY:** Holtzer / SQU RN
**HSU:**
**TELEPHONE NUMBER:**
**FAX NUMBER:**
**DATE SIGNED:** 6/15/08

## REPORT

**PRIMARY DIAGNOSIS / OTHER(S) DIAGNOSIS:**
Depression
Suicide attempt
petechiae

**PERTINENT HISTORY AND OBJECTIVE FINDINGS / TREATMENTS / PROCEDURES AND DIAGNOSTIC WORK PERFORMED:**
C-S spine - WNL

**PLAN / RECOMMENDATION'S** (Follow-up appointment via telemedicine? ☐ Yes ☐ No)
Special Obs unit
Suicide precautions
See Clinical Services ASAP

**INDICATE CLASSIFICATION IF YOU ARE RECOMMENDING SURGERY OR A PROCEDURE** (See Reverse Side for Description)
☐ Class I  ☐ Class II  ☐ Class III-A  ☐ Class III-B  ☑ Class IV  ☐ Non-Surgical

**PHYSICIAN NAME (Please Print):** W. KRIEGER
**PHYSICIAN SIGNATURE:** W. Krieger
**DATE SIGNED:** 6/15/08
**HOSPITAL/ CLINIC NAME:** WMH
**TELEPHONE NUMBER:** 920-324-6500

DISTRIBUTION: ORIGINAL – DOC Medical Record (Consultation Section); Copy – Off-Site Provider's Medical Record