DEPARTMENT OF HEALTH AND FAMILY SERVICES
Division of Disability and Elder Services
DDE-5644 (11/05)

STATE OF WISCONSIN

## INITIAL ENTRANCE SCREENING

**Name – Inmate / Patient (Last, First, MI):** Miller, Jesse
**ID Number:** 462433
**Facility Transferred From:** DCI
**Birthdate:** 12-3-87
**Date – Admission:** 6-19-08
**Unit:**

**TPR:** 96.7-90-16
**BP:** 112/74
**HT:** 6' 1"
**Wt:** 152
**Physician:** Dr. Michlowski
**Heart:** 80r
**Lung:** Clr
**Diagnosis:** schizoaffective disorder

**ALLERGIES (Describe Agent and Reaction. Food, Medication, Other.):** Tetracycline, Haldol

**LANGUAGE BARRIERS / LEARNING DEFICITS:**
**SMOKER:** ☐ Yes ☐ No   Packs per Day:
**EXERCISE:** ☐ Yes ☐ No   Type:   Frequency:

**MEDICAL TREATMENT (Hospitalizations and Operations, Include Psychiatric and/or AODA Treatment)**
**HOSPITAL LOCATION:** three days ago
**REASON / DIAGNOSIS:**
**DATE ADMITTED:**

**CURRENT MEDICATIONS – INCLUDE PSYCHIATRIC, AODA AND OTHER MEDICATIONS:** See Medication Transfer Record

**STREET DRUGS - TYPE:**   **AMOUNT:**   **FREQUENCY:**   **DATE OF LAST USE:**   **USE of NEEDLES:** ☐ Yes ☐ No
**ALCOHOL USE - TYPE:**   **AMOUNT:**   **FREQUENCY:**   **DATE OF LAST USE:**

**PAST SERIOUS INFECTIOUS DISEASE (If more space is needed use progress notes)**
Hep ABC ∅   STD ∅
TB ∅   ae Bodge   HIV ∅

### MENTAL HEALTH

Have you ever thought seriously about suicide? ☒ Yes ☐ No
If yes, when was the last time?

Have you ever attempted suicide? ☒ Yes ☐ No
If yes, when was the last time?

Do you feel like hurting yourself now? ☐ Yes ☒ No

Have you ever been on psychiatric medications in the past? ☒ Yes ☐ No
When?

Do you currently hear voices or see visions? ☐ Yes ☐ No
currently denies auditory/cmd hallucinations
does sometimes experience visual hallucinations

**VISIBLE SIGNS / OBSERVATIONS**

| | | |
|---|---|---|
| Expresses/appears depressed, agitated, anxious or hopeless — feeling more agitated | Difficulty breathing — hx of asthma | ☐ Yes ☒ No |
| Expresses extreme shame about crime — in prison ☐ Yes ☐ No | Evidence of trauma (bleeding, abrasions, contusions) | ☐ Yes ☐ No |
| Verbally incoherent or makes no sense — cont talk ☐ Yes ☐ No | Evidence of lesions, open wounds | ☐ Yes ☒ No |
| Does not know place, time, or name — c mm ☐ Yes ☐ No | Difficulty in movement | ☐ Yes ☐ No |
| Signs of inappropriate behavior ☐ Yes ☐ No | Signs of lice or scabies | ☐ Yes ☒ No |
| Lethargic ☐ Yes ☐ No | Appears under the influence of drugs or alcohol | ☐ Yes ☒ No |
| Recent communicable illness symptoms ☐ Yes ☐ No | Symptoms of drug/alcohol withdrawal | ☐ Yes ☒ No |
| | Abnormal appearance (e.g. sweating, tremors, disheveled) | ☐ Yes ☒ No |

**COMMENTS:** Most severe attempt c suicide - tied sheet around neck three days ago. Was at the hospital for a couple of hours. Currently denies SI. Seroquel - helps c sleep a little bit - but not c voices. Risperdal does better @ 240mg. In prison 14 days. First incarceration. Prison admit to WMHI.

**DISPOSITION FOLLOW-UP:**
☐ Needs Dental Appt
☐ Needs Chronic Disease Appt.
☐ Emergency Room

**LIVING ARRANGEMENTS:**
☐ General Population
☐ Isolation for Communicable Disease

**NURSE SIGNATURE & TITLE:** [signature]
**DATE COMPLETED:** 6-19-08
**TIME:**

**EXHIBIT 19**