IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF JESSIE MILLER, et al.,
    Plaintiffs,

v.                                        Case No. 10-CV-807

RYAN TOBIASZ, et al.,
    Defendants.

---

## ORDER

---

IT IS HEREBY ORDERED, that:

1. The plaintiffs will have sixty (60) days from the entry of this order to complete written discovery on the issue of qualified immunity raised by the defendants at summary judgment.
2. The plaintiffs will have one hundred twenty (120) days from the entry of this order to complete oral discovery on the issues of qualified immunity raised by the defendants at summary judgment.
3. That the plaintiffs will file their response ~~pleadings~~ to defendants' motion for summary judgment on qualified immunity within thirty (30) days after receipt of the last deposition transcript taken under the time parameters set forth in Paragraph 2. of this order.

Dated this 22nd day of Oct., 2012.

_____
The Hon. William M. Conley
Chief Judge