

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

---

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

**Kevin M. St. John**
**Deputy Attorney General**

**Steven P. Means**
**Executive Assistant**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**Richard Briles Moriarty**
**Assistant Attorney General**
moriartyrb@doj.state.wi.us
608/267-2796
FAX 608/267-8906

November 29, 2012

Mr. James Gende
Gende Law Office, S.C.
N28W23000 Roundy Drive, Suite 200
Pewaukee, Wisconsin 53072

      Re:    The Estate of Jesse Miller et al., v. Tobiasz et al., Case No. 10-C-807

Dear Mr. Gende:

      Please find enclosed the RESPONSE BY DEFENDANTS TO PLAINTIFF'S THIRD REQUESTS FOR DEFENDANTS TO PRODUCE DOCUMENTS and RESPONSE BY DEFENDANTS TO PLAINTIFF'S FOURTH REQUESTS FOR DEFENDANTS TO PRODUCE DOCUMENTS. As the originator of the Requests, I am sending the originals to you.

      Responses to the Third Set are not due until December 17, and Responses to the Fourth Set are not due until December 26, but we are sending you these Responses at this time to assure that you have the produced documents well before depositions commence on December 10.

      Copies of these discovery responses are not being filed with the court. A copy of this letter, along with the Certificate of Service, is being filed with the court.

      If you have any questions, please do not hesitate to contact me.

      Sincerely,
      /s/ Richard Briles Moriarty
      Richard Briles Moriarty
      Assistant Attorney General
      State Bar #1017190

RBM:
Encls.