

**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

**Kevin M. St. John**
**Deputy Attorney General**

**Steven P. Means**
**Executive Assistant**

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

**Richard Briles Moriarty**
**Assistant Attorney General**
moriartyrb@doj.state.wi.us
608/267-2796
FAX 608/267-8906

November 29, 2012

Mr. James Gende
Gende Law Office, S.C.
N28W23000 Roundy Drive, Suite 200
Pewaukee, Wisconsin 53072

    Re:    The Estate of Jesse Miller et al., v. Tobiasz et al., Case No. 10-C-807

Dear Mr. Gende:

    Please find enclosed a check for $100.00 pursuant to the court order. A copy of this letter, along with the Certificate of Service, is being filed with the court.

    If you have any questions, please do not hesitate to contact me.

    Sincerely,
    /s/ Richard Briles Moriarty
    Richard Briles Moriarty
    Assistant Attorney General
    State Bar #1017190

RBM:
Encl.